# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| EDDIE JOE OGLESBY, JR. | ) | Case No. |
| | ) | 5:21-mj-1220-PRL |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 19, 2021-April 2, 2021___ in the county of ___Marion___ in the ___Middle___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Steve Burros, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___9/27/21___

_____
*Judge's signature*

City and state: ___Ocala, Florida___

Philip R. Lammens, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**

**MDFL CASE NO. 5:21-mj-1220-PRL**

**COUNTY OF MARION**

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Steve Burros, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent (SA) with the Federal Bureau of Investigations (FBI) and have been so employed since February of 2000. Accordingly, I am a "Federal Law Enforcement Officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I am currently assigned to the Jacksonville (Florida) Division of the FBI where I conduct a variety of investigations of crimes against children. In the performance of my duties, I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children. I have experience in searches pertaining to the possession, collection, production, and transportation of child pornography.

2.      The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers and personnel. Because this affidavit is being submitted for the limited purpose of establishing probable cause for an arrest, I have not included every fact known to me

concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

3.     Based on the information set forth below, I have probable cause to believe that Eddie Joe Oglesby, Jr. (Oglesby) has committed the federal offense of knowingly receiving child pornography in violation of 18 U.S.C. § 2252A(a)(2).    Oglesby is known to use the fictitious online identity of Gabriel Ethan Collins, as detailed further below.  Oglesby is also known to use a Google Hangouts account associated with a Google Mail account ending in 1187 (hereafter "Hangouts Account") and an Instagram account with a unique account name ending in 03 (hereafter "Instagram Account") to communicate with minor victims.

## STATUTORY AUTHORITY

4.     This investigation concerns alleged violations of 18 U.S.C. § 2252A, relating to material involving the sexual exploitation of minors. Based upon my training and experience, I know the following:

a.     18 U.S.C. § 2252A(a), in pertinent part, prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing, or accessing with intent to view any child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, including by computer.

b.     18 U.S.C. § 2252A(a)(2) prohibits a person from knowingly receiving or distributing any child pornography or material that contains child pornography using any means or facility of interstate or foreign commerce, or that

has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

      c.     The internet is a facility of interstate commerce.

## **INFORMATION FROM VICTIM 1**

5.     On or about March 30, 2021, Victim 1 (a female individual less than 18 years of age) was brought to the Cobb County, Georgia Police Department (CCPD) by her parents. According to CCPD police reports, Victim 1's stepfather had observed Victim 1 talking on the computer late at night and had confiscated her laptop. Victim 1's stepfather then reviewed the laptop and discovered that Victim 1 had been sending sexually explicit photographs and having conversations that were sexual in nature with an adult male on Google Hangouts.

6.     On March 31, 2021, CCPD conducted a forensic interview of Victim 1. During the interview, Victim 1 admitted to meeting a 20-year-old male whom she identified as Gabriel Ethan Collins. Victim 1 advised that Collins said he was a law enforcement agent but that she could not remember what agency he worked for. Collins wanted her to "prove she was real", so they talked through Skype. Collins had threatened to find inappropriate photos of her and send them out if she did not speak with him on Skype.

7.     Victim 1 advised that she did speak with Collins over Skype with her video feed on, but Collins only had a photo displayed (instead of a video of himself) because he claimed he could not show his face. Victim 1 and Collins then switched to voice chats using Google Hangouts. While speaking on Google Hangouts, Collins

would call Victim 1 his fiancé even though he knew she was underaged. Victim 1 also advised that Collins demanded that she promise to have sex with him and his friends. Victim 1 then spoke about Collins telling her to lay on her stomach naked and masturbate for him. Collins threatened Victim 1 by saying he would send her to a mental ward or turn her in and ban her from the internet. Collins told her to be on video every night for him at 2:30 a.m. and Collins would masturbate while she was on the video. Victim 1 advised that Collins also wanted her to have sexual intercourse with her stepfather. Victim 1 provided Collins's usernames as Gabriel Ethan Collins on all his platforms. Victim 1 also advised that Collins regularly used the Hangouts Account to contact her, and that he also owned the Instagram Account.

8.     Based on this information, CCPD obtained a search warrant for the Google Hangouts exchanges between Victim 1 and Collins. Review of the Google Hangouts search warrant return showed that Victim 1's chats with Collins began on March 5, 2021 and continued through April 3, 2021. I have reviewed the conversations between Victim 1 and Collins (where Collins is using the Hangouts Account) and the chat logs are consistent with Victim 1's statement.

9.     The conversations between Victim 1 and Collins are approximately 168 pages long. For the sake of brevity, I have included only the following excerpt of these conversations. However, I have reviewed the entire set of chat logs and this excerpt is representative of them all:

> 2021-03-14 18:43:50 [Hangouts Account]: You have until 3am to fuck him. If you have not fucked him by then. I will have you committed

2021-03-14 18:44:33 Victim 1: .....

2021-03-14 18:44:37 Victim 1: WTF

2021-03-14 18:44:57 Victim 1: You do wanna ruin my life

2021-03-14 18:45:41 [Hangouts Account]: you will do it

2021-03-14 18:46:34 [Hangouts Account]: Oh yes I will ruin you, if don't do it

2021-03-14 18:46:46 Victim 1: WHYY

2021-03-14 18:46:55 [Hangouts Account]: Its what you deserve after every thing you have done to me

2021-03-14 18:47:24 Victim 1: I SAID I WOULD CHANGE, FUCKING HIM ISN'T GONNA PROVE SHIT

2021-03-14 18:47:43 [Hangouts Account]: Yes it will liar

2021-03-14 18:47:53 [Hangouts Account]: And you will do it

2021-03-14 18:48:03 Victim 1: NO TF IT WON'T

2021-03-14 18:48:03 [Hangouts Account]: And that is final

2021-03-14 18:49:23 [Hangouts Account]: Guess you better say good bye to mommy, she won't like what she finds out and when she a federal court order to have you placed in a mental institution, she can't help you

10.     On or about April 15, 2021, CCPD obtained further information for accounts associated with the Collins identity from Google Hangouts. The response provided an IP address of 35.141.103.104, which resolves to Central Florida. On or about May 11, 2021, Charter Communications responded to a subpoena with the subscriber information related to IP address 35.141.103.104. The subscriber information identified the account holder as Eddie Joe Oglesby, Jr., with the subscriber

address matching Oglesby's residence in Fort McCoy, FL. In addition, the response provided an associated telephone number ending in 7503.

11. On or about April 15, 2021, CCPD also obtained the following information from Instagram about the Instagram Account which Victim 1 identified as the one used by Collins:

> Account: [Account Name]
>
> Name: Gabriel Ethan Collins
>
> Email: ejoj1970@gmail.com
>
> Registration Date: 2021-02-06
>
> Deactivation Date: 2021-04-28
>
> IP Logins 2603:9001:7280:014a:3ca4:ad83:2f75:50f7
>
> > 2021-04-10 12:37:34 UTC
> >
> > 35.141.103.104 2021-0403 15:25:48 UTC

Because the first four letters of the email address registered to the Instagram Account correspond to Oglesby's initials (EJOJ = Eddie Joe Oglesby Jr.) and 1970 is Oglesby's year of birth, there is probable cause to believe that this email address belongs to and is used by Oglesby.

## INFORMATION FROM VICTIM 2

12. On or about September 8, 2021, Victim 2 was interviewed at the FBI office in Ocala, Florida. Victim 2 advised that she began an online relationship with someone she knew as Gabriel Collins when she was fifteen years old. Collins told her that he was nineteen years old and was a government agent. Victim 2 advised she did

speak with Collins both on the phone and through video chats. Victim 2 advised that during the video chats Collins would ask her to show her breasts and vagina and ask her to masturbate on camera for him. Collins also asked her to masturbate using a cucumber, but Victim 2 never did.

13.   Victim 2 continued to speak with Collins until she was 18 years old. Victim 2 believed she and Collins were going to be together when she turned 18. As Victim 2 was approaching her 18th birthday, Collins convinced her to go to and stay with "his friend", who Victim 2 identified as Oglesby. Victim 2 advised she purchased a bus ticket to leave North Carolina and travel to Ocala. Victim 2 advised that the bus never came and she had to return home. Collins later told Victim 2 that Oglesby would travel to North Carolina to pick her up and bring her to his house in Florida.

14.   Per Victim 2, Oglesby arrived in North Carolina in or about November of 2020, picked up Victim 2 in his light blue Volkswagen, and drove her back to his residence in Fort McCoy. Victim 2 was shown photographs of Oglesby's Fort McCoy residence and a light blue Volkswagen registered to Oglesby. Victim 2 verified that the residence and vehicle were those that belonged to and were used by Oglesby. Victim 2 was then asked if she was familiar with the telephone number ending in 7503. She indicated that it was one of the numbers Oglesby used to contact her.

15.   Oglesby helped Victim 2 obtain a Florida identification card and told her she would have to get a job. When Victim 2 moved in with Oglesby, she received the following communication from Collins:

2020-11-30 12:01:34 [Hangouts Account]: Shadow[1] is a good man,,,more your speed,,,i know he will make you happy and be there for you..i would have never sent you to him,,if i didnt believe in him..you will be just fine,,i never should have tried to turn you into something your not,,and that is on me..but i have moved on and so should you,,i dont deserve you,,but Shadow does,,its only right your with him,,i would have only made you hate me,,had i come for you..i would have used you for lustfull games..its who i am,,i will not deny it..i dont think we should chat anymore,,,it will only bring you more pain,,so i am going to block you and say good bye..i am sorry for everything i did to you,,,i had no right,,but i know that Shadow will make you happy,,he may be older,,but he knows how to treat a girl,,and not destroy her,,i destroy,,its what i do best,,i am glad you are safe and away from your fmaily,,now you can live your life and be on your own,,with someone that appreciates you..thank you so much for your love,,i am sorry i could not be the man you wanted..take care [Victim 2's name] and have a good life with Shadow,,you deserve it...bye

16.     After receiving the above message, Collins ceased communicating with Victim 2. Victim 2 stated that, after about two weeks of living in the residence, Oglesby started pursuing her sexually. Victim 2 advised that she did not want to have sexual intercourse with Oglesby, but he became more aggressive and forceful. Victim 2 stated that Oglesby would have sex with her almost every day and occasionally twice a day. Victim 2 advised she had asked him to stop, but Oglesby refused.

17.     In or about January of 2021, with the help of her co-workers, Victim 2 made the decision to leave the residence to get away from Oglesby. Victim 2 did not receive any further messages from Collins during the time she lived in the residence with Oglesby. However, after Victim 2 fled the residence and left Oglesby, Collins began reaching out to Victim 2 again on Google Hangouts. Collins threatened Victim

---

[1] Per Victim 2, "Shadow" is a reference to Oglesby, who the Collins identity described as a friend.

2 with arrest or imprisonment if she did not return to Oglesby and threatened to go after her family. Collins further ordered Victim 2 not to speak with the police or to tell her friends about anything that had happened between her and Oglesby. For example, the following messages were sent by Collins the day after Victim 2 left the residence:

2021-01-04 20:52:23 [Hangouts Account]: wtf

2021-01-04 20:52:46 [Hangouts Account]: are you out of your fucking mind,,i knew you would screw this up

2021-01-04 20:54:56 [Hangouts Account]: all you had to do was wait until October,,and i would have come for you,,i am in a middle of a serious case,,i simply made you think we were done,,so you would focus on Shadow and help him out,,until i got there,,but no,,you cant even handle that,,you either go back and make it right,,or you lose both of us,,i fucking love you [Victim 2's name],,i had to make you think i was done with you,,so you would not be depressed and be with Shadow until i came for you

2021-01-10 20:08:48 [Hangouts Account]: Shadow is not going to hurt you and i am very angry that involved your friends and the police,,you are making him look like a monster

2021-01-11 17:40:25 [Hangouts Account]: my boss will be texting you soon,,i talk to her,,she made me tell her everything,,and she knows what is going on,,so if she threatens you or anything,,dont get mad at me,,i had nothing to do with it,,just do as she saids and tell her you understand,,she can do alot worse to you than i can

2021-01-11 17:41:02 Victim 2: K

2021-01-11 17:42:00 [Hangouts Account]: its agent guarino

021-01-11 17:41:47 [Hangouts Account]: unblock her

2021-01-11 17:42:36 [Hangouts Account]: [telephone number]

2021-01-11 17:53:39 [Hangouts Account]: you either unblock her,,or she will send agents where youa re,,i dont think your friends are going to government agents surrounding there home,,just do it,,and stop being difficult

2021-01-11 23:47:11 [Hangouts Account]: but you know what,,its ok,,my boss is who you answer to now,,,so you go right ahead and be a bitch to me,,because you only 2 choices,,detainment or go back

2021-01-13 23:26:21 [Hangouts Account]: but you go right a be stupid bitch and get your self detained,,and ruin everything we have,,in the end,,you will regret it and then you will lose me all together,, i have done nothing since i have been back,,but save your ass from detainment,,but if your so hell bent on going,, text my boss and tell her so,,she will make it happen,,she has nothing but try and be nice to you and give you the benefit of the doubt,,but if you piss her off and push her buttons,,end the end,,she will not only you down,,but your friends and family as well,,she already gave you fair warning..and thats why i know your not thinking clearly,,because i know you would not risk your friends and family losing everything because of you,,so you can sit there and bitch and complain all you want..we both know when your done with yoru bitching and complaining,,you will calm down and go back,,because its not just your life your risking,,your risking your families as well,,you forget,,she can still go after your brother,,which had no license to have fire arm he shot in the air,,and they will go after david,,and he will lose everything,,including his business,,and what about teh rest of your family [Victim 2's name],,,btu hey,,dont take my word for it,,i am a liar remember,,go text my boss,,tell her you want to be detained instead,,and see what happens,,you are just the beginning of what she will do..she doesnt like you as it is,,because she thinks you used Shadow..so go ahead,,giveher a reason,,,i dare you

18.     Victim 2 told agents that she had spoken with Collins on video chat and had heard his voice multiple times but had never seen his face. Agents asked Victim 2 if she noticed anything unusual about Oglesby's voice after meeting him for the first time. Victim 2 stated that Oglesby's and Collins's voices sounded the same.

## INFORMATION FROM VICTIM 3

19.     While reviewing the chat logs associated with the Hangouts Account, agents discovered an additional underaged victim communicating with Collins. The chat logs showed that this victim (hereafter "Victim 3") had provided her address to Collins. Based on this address, agents reached out to the relevant high school (in

Weatherford, Texas) on or about September 13, 2021, and contacted the school's resource officer. The officer confirmed the identity of Victim 3 based on information provided by Victim 3 during the chat logs. The officer confirmed that Victim 3 was currently fifteen years old. The school resource officer reported to agents that the Weatherford Police Department (hereafter "WPD") had previously investigated a complaint involving online solicitation of a minor (Victim 3).

20. On September 14, 2021, agents contacted Detective Goff of the WPD. Detective Goff advised that Victim 3's father and stepmother had repeatedly reached out to WPD between May and December of 2020 to report that Victim 3 was communicating online with someone calling themselves Gabriel Collins and pretending to be a 19-year-old. The parents reported that they had investigated a phone number Collins had provided to Victim 3 (the number ending in 7503) and had learned that the number was registered to Oglesby at his Fort McCoy residence.[2] The parents reported that they had confronted Victim 3 with the fact that Collins was a 51-year-old man from Central Florida, but that Victim 3 did not believe them and told them that Collins was an undercover government agent. The parents reported to WPD that the Google Hangout account Collins used was the Hangouts Account. Finally, the parents reported that Victim 3 was still communicating with Collins despite their

---

[2] WPD Detective Goff checked TLO, a law enforcement database, and confirmed that this number was in fact registered to Oglesby.

efforts to stop her and was sending pornographic pictures and videos of herself to him at his request.

21.     Agents reviewed the search warrant returns from the Hangouts Account and found that the chat logs corroborated the account given to WPD by Victim 3's parents. Below is a representative excerpt from the chats between Victim 3 and the Hangouts Account:

2021-01-07 22:16:42 Victim 3: Are you gonna be busy tonight?

2021-01-07 22:17:26 [Hangouts Account]: i am busy now,,but i will be here tonight,,so we can fuck

2021-01-12 21:52:29 [Hangouts Account]: baby

2021-01-12 22:01:40 Victim 3: Gabriel. You finally messaged me

2021-01-12 22:02:07 Victim 3: I'm back home

2021-01-12 22:04:12 [Hangouts Account]: get any dick at school yet

2021-01-12 22:05:53 Victim 3: No I haven't. I'm not trying anymore at school. Smh, They are very strong with words, but play to much.

2021-01-12 22:07:41 [Hangouts Account]: i want you sucking those dicks and fucking them as much as possible,,kip classes if you have to,,you wont be needing school anymore when you come home

2021-01-12 22:07:58 [Hangouts Account]: skip*

2021-01-12 22:09:07 Victim 3: But when I do come home can I still learn online?

2021-01-12 22:10:21 [Hangouts Account]: yes baby,,i never said you couldnt go,,just stop making excuses and uck those cocks and get fucked when you can

2021-01-12 22:12:05 [Hangouts Account]: start looking for cocks tomorrow,,,stop wasting time and do what you love

2021-01-12 22:21:24 Victim 3: Okay. I will

2021-01-12 22:29:12 [Hangouts Account]: i wanna fuck tonight

2021-01-12 22:29:36 Victim 3: Haha I was just about to ask if you were working tonight

2021-01-12 22:29:58 [Hangouts Account]: get a cucumber

2021-01-12 22:31:23 Victim 3: I can't. My parents wont buy anymore

2021-01-12 22:31:27 Victim 3: Dw

2021-01-12 22:32:27 [Hangouts Account]: find a toy to use

2021-01-12 22:32:56 [Hangouts Account]: anything that is 1 to 2 inches thick and round and 7 inches or longer

2021-01-12 22:35:08 Victim 3: Okay

2021-01-12 22:35:39 [Hangouts Account]: go look,,you will find something

2021-01-12 22:42:53 Victim 3: Okay.. I am eating rn tho. I will in just a minute

2021-01-20 00:32:25 Victim 3: I got a phone today. Thinking of you

2021-01-20 00:35:05 [Hangouts Account]: Can you call a#

2021-01-20 00:40:08 Victim 3: The phone does have an active number it says...because I have a sim card...but I will have to pay the bill..but I can't rn because I'm broke.

2021-01-20 00:40:33 [Hangouts Account]: What is the #

2021-01-20 00:41:06 Victim 3: Let me check...

2021-01-20 00:41:21 [Hangouts Account]: I will call and see if you can answer it

2021-01-20 00:42:24 [Hangouts Account]: Try and call me

2021-01-20 00:42:39 [Hangouts Account]: [phone number]

2021-01-20 00:44:34 [Hangouts Account]: Or text me at [additional phone number]

2021-01-20 00:45:35 Victim 3: Okay

2021-01-21 03:18:07 [Hangouts Account]: Let's fuck

2021-01-21 03:22:31 Victim 3: I can't right now. My parents are up fighting. Sigh.....

2021-01-21 03:22:51 [Hangouts Account]: I will wait

2021-01-21 03:28:26 Victim 3: Okay

2021-01-21 04:08:15 Victim 3: I can't call yet because my parents are still awake. But I got another app

2021-01-21 04:11:13 [Hangouts Account]: Is the # the same

2021-01-21 04:11:29 Victim 3: No

2021-01-21 04:11:59 [Hangouts Account]: What is it

2021-01-21 04:12:30 Victim 3: Its [Victim 3's phone number]

2021-01-21 04:16:25 Victim 3: Also hey love. I can't stay up so late like I did last night because I am still a bit tired haha. And I have to get up at 6

2021-01-21 04:18:02 [Hangouts Account]: Okay

2021-01-21 04:18:13 [Hangouts Account]: You want to call now

2021-01-21 04:19:48 [Hangouts Account]: I will call

2021-01-21 04:21:26 [Hangouts Account]: I called

2021-01-21 04:21:32 [Hangouts Account]: No answer

2021-01-21 04:21:41 Victim 3: No not yet. Risky chance I won't take because they are still awake

2021-01-21 04:22:06 [Hangouts Account]: Okay

2021-01-21 04:22:32 Victim 3: I got the call

2021-01-21 04:22:46 Victim 3: Dw

2021-01-21 04:24:26 [Hangouts Account]: Tell me when

2021-01-21 04:24:40 Victim 3: Okay love

2021-01-21 04:38:11 [Hangouts Account]: Ready

2021-01-21 05:08:02 [Hangouts Account]: Grrt

2021-01-21 05:08:11 [Hangouts Account]: Damn it

2021-01-21 05:08:21 [Hangouts Account]: You better call me back

2021-01-21 05:08:35 [Hangouts Account]: [phone number ending in 8585 which is registered to Oglesby]

2021-03-01 23:19:58 Victim 3: Got cucumbers 😃

2021-03-01 23:21:23 Victim 3: *(Photo Sent)*

2021-03-01 23:22:06 [Hangouts Account]: You will have to take one and hide it some where

2021-03-01 23:22:18 Victim 3: Okay

2021-03-05 07:18:21 Victim 3: I'm like really horny, and this guy is wanting to hookup with me tonight that I met on omegle and he's 19, is it okay if I can?

2021-03-05 07:25:35 [Hangouts Account]: In person

2021-03-05 07:25:43 Victim 3: Yes that's what I mean by hookuo

2021-03-05 07:25:47 Victim 3: Hookup

2021-03-05 07:25:54 [Hangouts Account]: Go for it

2021-03-05 07:26:01 Victim 3: Okay he's on his way

2021-03-06 03:15:51 Victim 3: I'll try to take a video, would you like to see it if I do?

2021-03-06 03:16:20 [Hangouts Account]: Okay

15

2021-03-07 07:19:29 Victim 3: This guy wants to fuck me with his 8 inch cock.. is it okay if I can?

2021-03-07 07:36:11 Victim 3: He said we can take videos, meaning I can send them to you

2021-03-08 07:28:34 Victim 3: A video of me sucking the guys dick is sending

2021-03-13 08:36:03 Victim 3: I just wanted to let you know a black guy wants to fuck me tonight and he will be here in a hour.

2021-03-13 09:28:34 [Hangouts Account]: Ok

2021-03-13 09:29:08 [Hangouts Account]: Name and age

2021-03-13 09:29:15 [Hangouts Account]: You know the rules

2021-03-13 09:44:32 Victim 3: Yes love I know the rules. He is 19 and his name is eric

2021-03-19 05:42:20 Victim 3: Left you a voicemail telling you I love you and well goodnight

2021-03-19 07:23:05 Victim 3: Oh yeah hey love, I took some sexual photos and videos for you, do you want me to send them to you?

2021-03-19 17:11:04 [Hangouts Account]: Yes

2021-03-19 18:07:15 Victim 3: Okay I'll send them when I get home, I'm at school right now

2021-03-19 21:29:14 Victim 3: I'll send them now

2021-03-19 21:37:05 Victim 3: *(Photo Sent)*

2021-03-19 21:37:25 Victim 3: *(Photo Sent)*

2021-03-19 21:37:27 Victim 3: **(*Photo Sent*)**

2021-03-19 21:37:28 Victim 3: *(Photo Sent)*

2021-03-19 21:37:33 Victim 3: *(Photo Sent)*

2021-03-19 21:42:31 Victim 3: Do you like it?

2021-03-19 21:43:22 [Hangouts Account]: Yes baby

21:08:14 [Hangouts Account]: Home# [phone number ending in 8505 which is registered to Oglesby],,,cell# [additional phone number]

2021-04-02 06:06:25 Victim 3: So I was just getting in the shower and I took some nudes for you

2021-04-02 06:06:31 Victim 3: Do you want me to send them

2021-04-02 06:17:04 Victim 3: I'll send them anyways, I hope I like them

2021-04-02 06:30:28 Victim 3: *(Photo Sent)*

2021-04-02 06:30:30 Victim 3: *(Photo Sent)*

2021-04-02 06:30:32 Victim 3: *(Photo Sent)*

2021-04-02 06:30:36 Victim 3: *(Photo Sent)*

22.     The chat logs between Victim 3 and the Hangouts Account also contained 129 photographs related to Victim 3. These photographs were sent using Google Hangouts over the Internet from Victim 3 (in Texas) to Oglesby/Collins (in Florida) and have necessarily been transported in or affecting interstate commerce. Of the recovered photographs, eight are consistent with child erotica and eleven are consistent with child pornography. The following is a description of some of the photographs recovered that are consistent with child pornography and related to the conversation listed above:

        a.     File: b72453c845b018e3fe993a2082aef051: This is a photo of the inside of a refrigerator showing a plastic bag with at least three cucumbers inside the bag.

b.   File: 82c4b479cfdbc150c803ac056c: This photo is a close up of Victim 3's vagina with a cucumber inserted into her vagina.

c.   File: ce8b2b366a5157428fa972c391e0daf6: This photo shows Victim 3 in the shower fully nude and masturbating while standing up.

d.   File: 358e5235707b6a8740905a4b5cf03db6: This photo shows Victim 3 in the shower, standing up and fully nude. The focal point of the phot is the front portion of Victim 3 exposing her breasts and vagina.

e.   File: f99b30e189e8ee4a203f16c84868dccb: This photo is of Victim 3 in the shower fully nude. Victim 3 is seen kneeling in the tub with the front of her body exposed, showing her breasts and vagina.

f.   File: c7427c2df40697064a57999d6bf13353: This photo shows Victim 3 in the shower with her arms above her head. Victim 3 is fully nude with the front portion of her body exposed showing her breasts and vagina.

g.   File: 5c4369e81a449eecc605caa4aedbe170: This photo shows Victim 3 in the shower fully nude with her hands covering her breasts and with her vagina exposed. This photo also displays a filter overlay applied which displays the word "Kiss" underneath each eye and horns on her head.

h.   File: 7e74540fa71449e0d4754c5449caf297: This photo shows Victim 3 in the bathroom fully nude with her breasts and vagina exposed. This picture also has a red-light filter applied.

i.  File: 45ea34691264707917b375255f7f9dd1: This photo shows Victim 3 with her hand wrapped around an erect penis with her mouth open just above the male's penis.

## INFORMATION ABOUT THE COLLINS IDENTITY

23.  Based on the details provided by Victims 1, 2, and 3, along with the information provided by CCPD and WPD, I have concluded that Collins and Oglesby are the same person (Oglesby).  Oglesby has apparently created the Collins identity to conceal his actual identity online.  However, Collins has provided the cellular contact number ending in 7503 (which is registered to Oglesby) as a contact number to Victims 2 and 3.  This phone number is also tied to two separate IP addresses belonging to Oglesby that are associated with Oglesby's Fort McCoy residence.  This residence is the same one identified as Oglesby's residence by Victim 2.  Collins provided the phone number ending in 8585 to Victims 2 and 3; this number is also registered to Oglesby.

24.  Underaged victims who have communicated with Collins over video chat applications like Google Hangouts and Skype consistently report that Collins's face is never made visible, which is consistent with a 51-year-old man pretending to be a 19-year-old to entice underaged victims.  Further, the Collins identity sent a Hangouts message breaking up with Victim 2 and encouraging her to get involved with "Shadow" (Oglesby).  The Collins identity only resumed communications when Victim 2 left Oglesby and did so only to threaten her and her family unless she returned to Oglesby.  The Collins identity also makes consistent demands of all the reported

victims, such as demanding they have sex with individuals at their schools and send videos or photographs of themselves masturbating using cucumbers.

25.    On or about September 22, 2021, Victim 2 contacted the FBI and advised agents that Oglesby had reached out to her using Facebook. She reported that he had sent the following message on September 21, 2021: "hi, its Shadow, I have tried, texting, even tried calling you, we need to talk, please except me." Victim 2 advised that she did not respond to the message and had reported it to law enforcement as soon as she realized who had sent it.

## SEARCH OF OGLESBY'S RESIDENCE

26.    On September 27, 2021, agents searched Oglesby's residence in Fort McCoy, Florida pursuant to a sealed federal search warrant. (MDFL Case No. 5:21-mj-1209-PRL, *sealed*). Entering the house, agents found Oglesby and a nude underaged female.

27.    Oglesby was interviewed by agents after waiving his *Miranda* rights. The interview was audio-recorded. During the interview, Oglesby denied being Collins and claimed Collins was a real person. However, when asked about Collins, Oglesby claimed that he "didn't know much about him" except that he lived somewhere in Hawaii. He admitted to agents that the phone number ending in 8585 belonged to him. He admitted driving Victim 2 to Florida from North Carolina, but denied contacting her on September 21, 2021. He also admitted to having sex with Victim 2. He denied using any social media except for Skype and denied knowing what Google Hangouts was.

28. During the search of the house, agents recovered handwritten notes from Oglesby containing Google Hangouts account information as well as login information for another Instagram account.

29. Agents seized Oglesby's cell phone and accessed it using a password Oglesby provided. Despite Oglesby's earlier claim that he did not use social media except for Skype, agents also found Snapchat installed on the phone. Opening Snapchat, agents found that Oglesby was already logged into a Snapchat account with the display name "Gabriel Collins" and the user account name matching that of the second Instagram account described in Paragraph 28 above. Agents also found an image file saved to the phone that was consistent with that previously used as a profile picture for the Collins identity.

## CONCLUSION

30.     Based on the foregoing, I have probable cause to believe that Oglesby has

knowingly distributed child pornography in violation of 18 U.S.C. § 2252A(a)(2).

31.     This concludes my affidavit.

Respectfully submitted,

Steve Burros, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on
September 27, 2021,
at Ocala, Florida.

PHILIP R. LAMMENS
United States Magistrate Judge