# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                             Case No. 5:21-cr-76-JA-PRL

EDDIE JOE OGLESBY, JR.

    Defendant.

## ORDER

This case is before the Court on the two psychological reports filed by Dr. Harry Krop (Doc. 53, filed March 7, 2022, under seal) and by Dr. Carmen J. Rodriguez with the Bureau of Prisons (Doc. No. 59, filed June 23, 2022, under seal). Both doctors have found Defendant Eddie Joe Oglesby, Jr. competent to stand trial. The assigned United States Magistrate Judge has submitted a Report (Doc. No. 63, filed August 9, 2022) recommending that Mr. Oglesby be found competent to stand trial. Defense counsel disputed the findings of the reports at the August 9, 2022, hearing before Judge Lammens but other than citing to defendant's past history of being found incompetent in the past offered no further evidence or experts to contradict the reports. No written objections to the Report and Recommendation (Doc. No. 63) have been filed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 63) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Eddie Joe Oglesby, Jr. is deemed competent to stand trial on the charges pending before this court. The case is currently set on the September 2022 trial term.

**DONE** and **ORDERED** August 24, 2022.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties