I have been alone for the past 20 years of my life. No girlfriend or friend since I was 30 years old. I met my psychiatrist in my mid 20s Dr. William Corwin, He at the age of 97, over 15 years ago. When my brothers got me involved in there credit card fraud cases. Dr. Corwin and several other doctors kept me from going to prison because of my Mild Retardation. The judges had court order me to stay away from them because they were just using me.

I met my Godfather Robert D. Askren, when I was 18 years. He was the Pastor at St. Patrick's Epis. church for many years, Until he moved to Jacksonville, Florida. He died over 5 years ago. He was like a father to me. He was also a big help in my court cases.

I was diagnose with Mild Retardation, by the state of Florida and the United State Government. When they did a number of Psych evaluations in my early 20s. And by the time I was 25 years of age, I had finally gotten approved for SSI and SSDA by the state of Florida and the Government, after 4 or 5 years of evals. I have been on SSI and SSDA for over 27 years. They continue to evaluate me. The state of Florida evals me every 3 years, and the Government evals me every 5 years. Just to make sure I still qualify for my benefits. Dr. Corwin told me, that Mild Retardation is not something that can be fixed. Its not even considered a mental handicap. It is where your mind or brain gets behind your body or age. He stated to me that I have a mind of a 14 or 15 year old child. And that no matter how old I get. It will never change or

catch up with my age. I am stuck with it for life. I am writing you, because I have no one to help me. I am on my own now. And I don't really understand what is going on. I can't even read or understand things very well.

I have been arrested for a crime I did not commit. I had Doug Stam as my lawyer. And like a dumbass, I let him go. Because I was angry about Dr. McClain not showing up for my psych-eval. I blamed Doug for it, so I let him go. I would like to have Doug Stam back as my lawyer, if not then a new lawyer. David Mengers does not seem to care about my case. All he does is complain that he has to many other cases to take to trial. And doesn't have time to listen to what to me or even find witnesses to my case. So PLEASE get me a new lawyer. I tried to get David to remove himself from my case. But he refuses to do so.

I tried to get a signature Bond with Judge Lammens. And David just sat there. While Mr. Hamilton for 20 minutes, read off all my previous charges. Mr. Hamilton said I was endanger to society. Mr. Mengers said nothing afterwards. And the Judge denied my bond. I know what Danger to Society means. And that is not true. I have no violate cases, and I have never hurt anyone in my life. It is that very reason why they never put me in a Mental Hospital in the past. There are over 10 to 12 different doctors that found me Incompatent in the past. That stated I was not a Danger to Society. So, if you can please reverse that decision, and give me a Bond. I would greatly appreciate it. I have been in here for over 10 months. And I have no one on outside to help me with my Mortgage.

Just in case you think I am lying. My mortgage company is U.S. Bank Home Mortgage, you know my name, my Social Security # is ████████, my birthdate is ████ ██ 1970. And the address is ████████ Fort McCoy, Florida. 32134. Call them and you will see, that I am over 600 behind on my mortgage. If I don't get out by the end of the year. They will Foreclose and I will lose my home and everything I own. Plus the fact that the FBI, smashed couple of windows and busted my back door. I was told by Doug Stam, they boarded it up. But not air tight. I had bread, bananas and Pastries on the counter in the Kitchen. And its been over 10 months, I bet there are flies and maggots all over the place. So pleas Judge Antoon if you can give me a bond. I really need to get home.

And last but not least, my psych-evals. Lets start with Dr. Krop. I never gave David Mengers permission, nor did he discuss it with me. About hiring Dr. Krop. But on December 22, 2021. I talk to Dr. Krop on video cam at the jail. And he told me, that he would be able to come to the jail to do my evalution because of the Covid. That he would base his decision on previous evals from Dr. Peotter and the lady doctor from DCF - Department of Children and Families from 2009. Then he ask me to give him a statement on what happen and why I was arrested. I did, he said hang tight for 2 weeks and that he would have me in front of the Judge going home. Nothing happen, then at the end of ~~February~~ February. I spoke to Dr. Krop on video again. He stated to me, that he was sorry. That he found out that the

Government is not the same as the State. That if he finds me incompatent. The Judge could put me in a mental hospital prison for 5 years or more. That he thought it was best that he find Compatent, so I can take it to trial. Dr. Krop believes I did not do it, and the only evidence they have is very low. He said that the video was received by your IP Address. But they don't have proof you are the one that received it. And they are also claiming you are Gabriel Collins because they found his social media accounts of his on your phone. What they don't have is proof you put them there. There is too much doubt in your case. I don't beleive a jury will find you guilty. He told me not to plead out, take it to trial. My point is Judge. Dr. Krop never did any evaluation on me. So I asked David to ask Judge Lammens for another evaluation. He granted it, so he sent me to Miami, where I saw Dr. Rodriguez.

    Dr. Rodrguez started on me as soon as she saw me. She stated to me, that someone told her that was lying and faking mental incompatency to get away with the crime I committed. She also stated that she doesn't believe I have any mental problems at all, that I am wasting hers and the courts time. And this was all said before she even did my evaluation. Someone contacted the doctor Judge. She had her mind made up before she even tested me. Someone has it out for me Judge Antoon. I have never been insulted by a doctor like that, my entire life. When I told her I have history of

of Mild Retardation. She said where is it. I have no proof of any evaluations done on you in the past. I emailed and called your lawyer. He sent me nothing but Dr. Krop report. This is what I am talking about, David has done nothing but hurt me, not help me. I would ask Judge, PLEASE throw Dr. Rodriguez eval out. And let me see another doctor. So I can finally get my psych-evaluation done. I am sure you have seen my previous evals. There are at least 10 of them. You can't possibly beleive that non-sense she is saying. My record speaks for its self.

    I know you are my sentencing Judge. I have no where else to turn. If you don't help me. I could get 20 years for a crime I did not commit. I am begging Sir. I have trial on September 26s. I have no idea how trials work, All I know is I am very scared.

    I Eddie Oglesby, had another inmate write this letter. Because I can not read or write or spell words very well. I then copied the letter that the other inmate wrote. So it would be in my own hand writting.

    Thank You Judge Antoon
    And GOD Bless You

Eddie Joe Oglesby Jr.