IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff

v.

EDDIE OGLESBY
Defendant

Case No. 5:21-cr-76-JA-PRL

## DEFENDANTS OBJECTION TO DOC 80

The Defendant EDDIE OGLESBY Pro Se hereby objects to doc. 80 where the magistrate denied the Defendants motion to dismiss his counsel (Doc. 79).

In accordance with 28 USC § 636 the defendant has the right to object to any conclusions from the Magistrate Judge to the trial Judge. Being that the Magistrate failed to address any and all issues in Doc. 79, the Defendant intends to introduce these issues to the trial Judge and hereby objects to Doc. 80

Respectfully Submitted
*Eddie Joe Oglesby Jr.*
EDDIE OGLESBY

I Eddie Oglesby certify under the penalty of perjury 28 USC § 1746 that the following statement of facts is true and correct dated day of 11, month of September, year of 2022

*Eddie Joe Oglesby Jr.*
Eddie Oglesby

This letter was written and compiled by a fellow inmate due to Mr. Oglesby who cannot read or write (at his direction)