UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,     Case No. 5:21-cr-76-JA-PRL

Plaintiff, ☐
Government ☒     ☐ Evidentiary
                                    ☒ Trial
                                    ☐ Other

v.

EDDIE JOE OGLESBY, JR.
    a/k/a Gabriel Ethan Collins
    a/k/a "Shadow"

Defendant ☐

# **EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Compilation Exhibit of Google Hangout with Images |
| 2 | | | | Google Hangout Images – G.S. |
| 3 | | | | Google Hangout Records – G.S. Account 1 |
| 4 | | | | Google Hangout Records – G.S. Account 2 |
| 5 | | | | Google Hangout Records – G.S. Account 3 |
| 6 | | | | Google Hangout Records – G.S. Account 4 |
| | | | | |

Case No.: 5:21-cr-76-JA-PRL

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 7 | | | | Google Hangout Records – G.S. Account 5 |
| 8 | | | | Google Hangout Records – S.R. |
| 9 | | | | Google Hangout Records – M.F. |
| 10 | | | | Google Hangout Records – A.H. |
| 11 | | | | Compilation Exhibit of Google Hangout with Image – G.G. |
| 12 | | | | Google Hangout Records – G.G. |
| 13 | | | | Google Hangout Image – G.G. |
| 14 | | | | Oglesby Cellphone Extraction |
| 15 | | | | Oglesby Cellphone Extraction – Images |
| 16 | | | | Oglesby Cellphone Extraction – Skype chats |
| 17 | | | | S.M. Image |
| 18 | | | | Skype Records |
| 19 | | | | IP Address Records |

Case No.: 5:21-cr-76-JA-PRL

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 20 | | | | Gc4091187 Records |
| 21 | | | | Ejoj1970 Records |
| 22 | | | | YMAX Phone Records |
| 23 | | | | Lumen Phone Records |
| 24 | | | | Metro Phone Records |
| 25 | | | | Sprint Phone Records |
| 26 | | | | lionheart.03 Records |
| 27 | | | | Kid.Koyote Records |
| 28 | | | | Oglesby Home Images |
| 29 | | | | Playstation History Images |
| 30 | | | | Oglesby Summary Exhibit 1 |
| 31 | | | | Oglesby Summary Exhibit 2 |
| 32 | | | | Oglesby Interview 1 |
| 33 | | | | Oglesby Interview 2 |
| 34 | | | | Oglesby Letter |

Case No.: 5:21-cr-76-JA-PRL

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 35 | | | | Certified Court Record 1 |
| 36 | | | | Certified Court Record 2 |
| 37 | | | | Certified Court Record 3 |
| 38 | | | | Certified Court Record 4 |
| 39 | | | | Certified Court Record 5 |
| 40 | | | | Certified Court Record 6 |
| 41 | | | | Certified Court Record 7 |
| 42 | | | | Oglesby Cellular Phone |
| 43 | | | | Oglesby Playstation |