\#14

Should I plan for a hotel thursday night? Should I expect to be here friday.