# Ex. 2 (contains 2-1 through 2-27) CONTRABAND NOT SCANNED