# Ex. 15-14

# CONTRABAND

# NOT SCANNED