

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

October 6, 2021

Special Agent David Moreno
Federal Bureau of Investigation
1951 SW 18th Court
Ocala, FL 34471

**Re: Subpoena dated September 30, 2021 (Google Ref. No. 7163038)**
*3469108, Subpoena 725562, Case 305G-JK-3469108-SBP*

Dear Special Agent Moreno:

  Pursuant to the Subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

  Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *GC4091187@GMAIL.COM, EJOJ1970@GMAIL.COM*, as specified in the Subpoena. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

  To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), included in the production is the target's Google Pay Customer Info, which includes the billing instrument number in the format Visa-DEBIT-1234. If you wish to obtain the full billing instrument number associated with the target account(s), please email uslawenforcement@google.com (a) with the Google Reference Number, (b) the target account(s) for which additional records are requested, and (c) the specific request language that you believe entitles the legal process to such records. We will review your request promptly upon receiving additional information from you and provide you with any responsive information.

  For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

  Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

Regards,

Nina Stricklen
Google Legal Investigations Support

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.  I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.  I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.  Google provides Internet-based services.

4.  Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *GC4091187@GMAIL.COM, EJOJ1970@GMAIL.COM,* with Google Ref. No. 7163038 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Subpoena.

5.  The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.  The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Nina Stricklen_____          Date: October 6, 2021
(Signature of Records Custodian)


    Nina Stricklen
(Name of Records Custodian)

Google LLC  
1600 Amphitheatre Parkway



USLawEnforcement@google.com  
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 7163038)**

ejoj1970@gmail.com.798714557033.GoogleAccount.SubscriberInfo_001.zip:

MD5- 7004c9489efde12b37bb7e7c5162844d  
SHA512- 19b62692a854d22e399b6ba1af67e8b918382fd58b00b8763a2dbe470747622424916328ca106ec6781ab9472d335aff1214e34a93a506b03bacd2ae654fbacb

ejoj1970@gmail.com.798714557033.GooglePay.CustomerInformation_001.zip:

MD5- ea0f07be5037361f37858eb0d6557fca  
SHA512- 7c093dd6a11882c6cc61c34b4ff2c20c48b934fe4772764b3c3eb39e831755456573e4ed42348d626d0d2abcb68087b3055630bc67357db5055c863f62d218dc

gc4091187@gmail.com.1052192318639.GoogleAccount.SubscriberInfo_001.zip:

MD5- 798745e0647dda0d921b14749a36ea2f  
SHA512- 1687d5db50e9d4c3735dd3e727511a64221fd27bd35382dc4441631a83b84e20d5db909bfd4b4d86037e9d2924f425402de9027ee1961ebb3cc70b9fda2a637f

gc4091187@gmail.com.1052192318639.GooglePay.CustomerInformation_001.zip:

MD5- 3b05c3e57fab06df2afa6be91d3348ee  
SHA512- 0500b5a18a0a9307823c1aa808bd3cd25acdaa19d991e58dc1f84cc7edf6be0ade5008c7a10d9d37894419681606b88a16ac5416f215dfd2f6dbc0ec12ce13602

############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 798714557033
Name:
Given Name:
Family Name:
e-Mail: ejoj1970@gmail.com
Alternate e-Mails:

Created on: 2020-01-06 21:52:51 UTC
Terms of Service IP:

Services: Gmail, Google Payments, Google Hangouts, Web & App Activity, Google Calendar, Location History, Android, YouTube, Google Play

Deletion Date: 2021-03-27 00:04:40 UTC
Deletion IP:

Last Logins:


### ACCOUNT RECOVERY

Recovery e-Mail:
Recovery SMS:

### PHONE NUMBERS

Signin Phone Numbers:
2-Step Verification Phone Numbers:

### IP ACTIVITY

No User IP Logs

############## * Google Confidential and Proprietary * ##############

Google Confidential & Proprietary

CUSTOMER PROFILE DETAILS

Payments Profile ID: 824939273619
Contact Email Address: ejoj1970@gmail.com
Admin Emails Address:
ejoj1970@gmail.com
Payments Profile Creation: 2020-02-03 18:37:02 UTC

ADDRESSES

BILLING,LEGAL

Eddie Oglesby
SALT SPRINGS
FL
32134
US
+1 352-450-7503

BILLING,LEGAL

Eddie Oglesby
SALT SPRINGS
FL
32134
US

BILLING INSTRUMENTS

Instrument Description: Google Play balance: $0.00
Instrument Expiration: N/A
Added on: 2020-02-03 18:37:03 UTC
Deleted on: N/A
Billing Name: N/A
Billing Address: N/A

Instrument Description: Mastercard •••• 1787
Instrument Expiration: 10/2023
Added on: 2020-09-28 23:40:11 UTC
Deleted on: N/A
Billing Name: Eddie Oglesby
Billing Address:
Eddie Oglesby
SALT SPRINGS
FL
32134
US