<span></span>

