

# Eddie Joe Oglesby Jr ✚
Eeyore-70

| Set Online Status | ••• |

👤 **Overview**
🎮 Games
👥 Friends
📺 Media
📡 Recent Activities

About Me:
5'7" tall ,154bls

Languages:
English (United States)

Music

Download Spotify and share your music.
Spotify

Trophies



02/17/2022