

# Eddie Joe Oglesby Jr ✚

Eeyore-70

| Set Online Status | ••• |

- 👤 **Overview**
  5'7" tall ,154bls
- 🎮 **Games**
  54 Games
- 💬 **Friends**
  1   1 | 1
- 🎵 **Media**
- 📡 **Recent Activities**

**Friends** 1

 vanessaa_x8

**Following** 1

 vanessaa_x8

**Followers** 1

😊 vanessaa_x8

Enter   ⭕ Back       Eddie Jo

02/17/2022