# Account Management

- 🔧 Sign Out
- 🔧 **Account Information**
- 🔧 Privacy Settings
- 🔧 Link with Other Services
- 🔧 Activate as Your Primary PS4
- 🔧 Restore Licenses

× Enter   ○ Back                                                                  Eddie Joe

02/17/2022