1A-PRL    Document 121-103    Filed 10/14/22    Pag

## ccount Information

- 🔧 **Sign-In ID (Email Address)**
  Change your email address.
- 🔧 **Security**
  Set up security features for your account.
- 🔧 **Wallet**
  Change your payment methods and purchase settings, including the password requirement for purchases.
- 🔧 **Profile**
  Change your publicly displayed profile on PlayStation™ Network.
- 🔧 **Address**
  Change your address.

Enter    ⭕ Back    OPTIONS Health / Privacy / Terms               Eddie Joe Og

02/17/2022