### Sign-In ID (Email Address)

**Sign-In ID (Email Address)**

kid.koyote@yahoo.com

If you change your sign-in ID (email address), you will automatically sign out of PlayStation Network and need to verify your email address to sign back in. An email will be sent to your new email address. Follow the instructions to verify your email address.

A valid em
important i
your passw

**Cancel**  Confirm

  Back    OPTIONS Health / Privacy / Terms    Eddie

02/17/2022