

Eddie Joe Oglesby Jr
10:04 AM  U will have to give Your number again ,i forgot to write it down

12/16/2018

Eddie Joe Oglesby Jr
9:47 PM  Hi

5/30/2020

Eddie Joe Oglesby Jr
hi beautiful



Enter Message

Send

Options Menu

02/17/2022

Eddie Joe Oglesby Jr