

hi beautiful
5:40 AM  3058108585,,call me,,no texting

8/26/2020

Eddie Joe Oglesby Jr
8:40 PM  text me,,808-954-1793

4/1/2021

Eddie Joe Oglesby Jr
9:10 AM  Hi

Enter Message                                Send


Options Menu


Eddie Joe Oglesby Jr


02/17/2022