## Browsing History

- www Camila Ruiz (Kamikiss) ridding - XVIDEOS.COM
- www Teen girls on webcam - Google Search
- www Teen XXX Area! Porn tube site all around TEEN SEX PORN VIDEOS.
- www Voyeur Spy Cam Of Teen Blonde Teasing Her Clit Watch on Best XXX Sex Tu
- www Chat with Holihurricane in a Live Adult Video Chat Room Now
- www Voyeur Spy Cam Of Teen Blonde Teasing Her Clit Watch on Best XXX Sex Tu
- www about:blank
- www Teen Fuck HD Videos, Free Young XXX Tube with 18 yo Girls & Boys
- www Teen girls fucking - Google Search

 Enter  Back  Options Menu 

02/17/2022