# Browsing History

- www Teen Fuck HD Videos, Free Young XXX Tube with 18 yo Girls & Boys
- www Teen girls fucking - Google Search
- www 'teen-fuck' Search - XNXX.COM
- www Illegal.com - Google Search
- www Illegal. - Google Search
- www Illegal - Google Search
- www Blowjob, Daddy, Daughter, Old and Young, Teen / Teen Porn Hub / b444ab.
- www Daughter / Popular #1 / Teen Porn Hub

× Enter   ○ Back   OPTIONS Options Menu    Eddie

02/17/2022