## owsing History

- www Daddy / Popular #1 / Teen Porn Hub
- www Daddys girl first fuck - Tubesafari.com
- www Free Young Girl Daddy Porn Videos (2,064) - Tubesafari.com
- www Daddy fucking Teen girl - Google Search
- www Father Fuck Teen Daughter Porn Videos | Pornhub.com
- www Teenage Girls Fucking Dad Porn Videos | Pornhub.com
- www 'dad-fuck-teen-girl' Search - XNXX.COM
- www just turned 18 years and big boobs teen girl - XNXX.COM
- www Doing Daddy Right while he naps - XNXX.COM

Enter  ● Back  OPTIONS Options Menu

02/17/2022