## Browsing History

- just turned 18 years and big boobs teen girl - XNXX.COM
- Doing Daddy Right while he naps - XNXX.COM
- Dad fucks his beautiful daughter - XNXX.COM
- 'daddy fuck teen girl' Search - XVIDEOS.COM
- Doggystyle, Forced, Hardcore, Teen / Teen Porn Hub / 47fd98a1a701c6dcd1...
- Amateur, Doggystyle, Forced, Teen / Teen Porn Hub / 7d02f099e894e05e3...
- Forced, Sleeping, Teen / Teen Porn Hub / 702618943d9aeb58dc672613de35...
- Forced, Hardcore, Teen / Teen Porn Hub / af846799750a53de7dc739e7660...
- Forced, Hardcore, Teen / Teen Porn Hub / cc62af6b072c511fafcdcc4ae81d8...

 Enter   Back  OPTIONS Options Menu   Eddie Joe

02/17/2022