# Browsing History

- www Forced, Hardcore, Teen / Teen Porn Hub / d0b6701f7eede609bb3eade99f4...
- www Forced, Hardcore, Teen / Teen Porn Hub / ccd6ff6a77c8872399ea4f7d8b5b...
- www Forced, Sleeping, Teen / Teen Porn Hub / 38d4bbb454d4ff3d5bc1d06e459...
- www Daddy, Daughter, Forced, Hardcore, Old and Young, Russian, Teen / Teen P...
- www Forced / Popular #1 / Teen Porn Hub
- www Teen Porn Hub
- www Teens sex videos | free teen porn tube
- www Dirty Games - These Games Will Make You Cum In 60 Seconds
- www https://syndication.realsrv.com/click.php?data=H4sIAAAAAAAA1YQv27iM...

 Enter   Back   Options Menu   Eddie Joe O

02/17/2022