## Browsing History

- www  Teens sex videos | free teen porn tube
- www  Dirty Games - These Games Will Make You Cum In 60 Seconds
- www  https://syndication.realsrv.com/click.php?data=H4sIAAAAAAAA1VQy27jM...
- www  http://syndication.realsrv.com/splash.php?cat=&idzone=3106376&type=8&...
- www  Teens porn videos | Tube porn gallery
- www  Teen porn videos, teen sex tube, young naked girls
- www  **Teens porn videos | Tube porn gallery**
- www  Teen Porn Tube, Hot naked girls, Free Teen Porn
- www  LiveJasminCams Sex Models Free Live Sex Show & Chat | Strip...

× Enter    ○ Back    OPTIONS Options Menu                                            Eddie

02/17/2022