## Browsing History

- www  Young Thick Big Ass Small Tits Stepdaughter Karlie Brooks Early Morning St...
- www  'teenage girls fucking daddy' Search - XNXX.COM
- www  Teen girl fucking daddy - Google Search
- www  PS4: Back up and restore data with an external storage device
- www  Safe Mode on PS5™ consoles and PS4™ consoles
- www  PS4 Error Code CE-30005-8 – Help & Support | PlayStation
- www  http://ecode.dl.playstation.net/ecode/redirector.html?code=CE-30005-8&...
- www  teen-girls-webcam videos - XVIDEOS.COM

   Enter   Back   OPTIONS Options Menu

 Eddie Joe

02/17/2022