# Browsing History

- www http://syndication.realsrv.com/splash.php?cat=&idzone=3076376&type=8&...
- www Teens porn videos.Teens fucking gallery
- www Girls fucking.Hot naked teens.Young porn
- www Free teen porn, hot college girls, xxx tube
- www Teen sex Video, teens porn tube
- www Teens fuck porn videos | Small titty girls
- www cute teen fucked hard Beauty Teen little skinny fuck hard beautiful cute small
- www Daddy sneaks and fucks daughter Teen pussy fuck daughter fucking pussyf...
- www http://syndication.ovcrsv.com/click.php?data=U4cIAAAAAAAAA1WOThZM...

× Enter   ○ Back   OPTIONS Options Menu    Eddie Joe

02/17/2022