# Browsing History

www http://syndication.exosrv.com/click.php?data=H4sIAAAAAAAA1WQTU7EM...

www Sniffies | For The Curious

www Uploaded from XVIDEOS - 11 min 12 sec HD

www http://freefuckmovies.pro/gallery.php

www http://porn-box.com/lp3/?k=44918&sub1=1949

www http://getalltraffic.com/21.html?niche=teen

www Teen stepsis sucks pov Blowjob Interracial Mature MILF Pov Teen hardcore f...

www daughter porn page 1

www Fuck me good daddy Tubesafari com

✕ Enter    ● Back    OPTIONS Options Menu

 Eddie Joe

02/17/2022