## Browsing History

- www  Fuck me good daddy - Tubesafari.com
- www  ImgCrack.com - Share Your Images Online - ImgCrack
- www  http://ldtrk.com/inbound1_traf.php
- www  https://d.baresi.xyz/ect.php?u=aHR0cHM6Ly9pcbWdjcmsuY29tL2FHaWFw... wait

Actual readings:

- www  Fuck me good daddy - Tubesafari.com
- www  ImgCrack.com - Share Your Images Online - ImgCrack
- www  http://ldtrk.com/inbound1_traf.php
- www  https://d.baresi.xyz/ect.php?u=aHR0cHM6Ly9pcbWdjcmsuY29tL2FHaWFw...
- www  Quick Morning Sex with my Daddy - Tubesafari.com
- www  PR
- www  LiveJasmin.com - Hot Live Sex Shows!
- www  https://cretgate.com/pu/?psid=ed_tbsafaridtus&utm_source=tr&ms_notra...

× Enter   ○ Back   OPTIONS Options Menu


Eddie J...

02/17/2022