## Browsing History

- www Teen girl fucking with daddy - XVIDEOS.COM
- www My stepdad fingered me on our way home from school - XVIDEOS.COM
- www Dad cant fuck Daughter at home anymore - XVIDEOS.COM
- www Daddy please fuck me - XVIDEOS.COM
- www LiveJasmin.com - Hot Live Sex Shows!
- www https://cretgate.com/pu/?psid=ed_exoxvidsus&utm_source=exo&ms_notr...
- www https://s.opoxv.com/splash.php?idzone=3614151&type=8&tags=exoxvideos...
- www http://15-911479.link.iwanttodeliver.com/popupclick/.3877JQQbeiagL9kas9...
- www Old daddy fucked me at night - XVIDEOS.COM

Enter   O Back   OPTIONS Options Menu    Eddie Joe Oglesb...

02/17/2022