# Browsing History

- www  Old daddy fucked me at night - XVIDEOS.COM
- www  'daddy fuck teen girl' Search - XVIDEOS.COM
- www  BANGBROS - Petite Teen Sally Squirt Fucked Be Her Daddy's Friend - XNXX....
- www  My daddy's friend loves to play with me! - XNXX.COM
- www  LiveJasmin.com - Hot Live Sex Shows!
- www  https://s.opoxv.com/splash.php?idzone=3614151&type=8&tags=exoxnxxtar...
- www  http://15-1074275.link.iwanttodeliver.com/popupclick/.5104aYsH0llRfbX8-u...
- www  PS4 | Incredible games, non-stop entertainment | PlayStation

X Enter    ● Back    OPTIONS Options Menu     Eddie Joe



02/17/2022