## History

- My daddy's friend loves to play with me! - XNXX.COM
- LiveJasmin.com - Hot Live Sex Shows!
- https://s.opoxv.com/splash.php?idzone=3614151&type=8&tags=exoxnxxtar...
- http://15-1074275.link.iwanttodeliver.com/popupclick/.5104aYsH0IIRfbX8-u...
- PS4 | Incredible games, non-stop entertainment | PlayStation
- PETITE BLONDE TEEN GETS FUCKED BY HER FATHER! - Featuring: Natalia Qu...
- Teen girls fucking daddy - Google Search
- Virtual stepdaughter seduces dad and sucks well and fucks! POV and cum i...
- **DON'T FUCK MY DAUGHTER - Bring Daughter to Work Day Ith Victoria Valen...**

Back  OPTIONS Options Menu   Eddie Joe Ogle

02/17/2022