U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 32

Case No.: 5:21-cr-76-JA-PRL

UNITED STATES OF AMERICA

vs.

EDDIE JOE OGLESBY, JR.

Date Identified: OCT 1 3 2022

Date Admitted: OCT 1 3 2022