IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff

v.                                                         Case No: 5:21-cr-76

EDDIE JOE OGLESBY, JR
Defendant

DEFENDANTS OBJECTION TO THE MAGISTRATES DENIAL OF MOTION TO DISMISS COUNSEL

The Defendant EDDIE OGLESBY Pro Se hereby OBJECTS to the Magistrates denial of his motion to dismiss counsel. In Defendants motion there are multiple grounds for which the Magistrate did not address several of the issues and conflicts in rendering the Defendant an effective defense with counsel. Ineffective assistance of counsel constitutes a violation of a Defendants Sixth Amendment right and is a claim of a Constitutional violation. S v. W 466 US 688, 684-86, 104 S.Ct 2052, 2063-64 (1984). Until the issues are addressed the Defendant "MUST" OBJECT to the Magistrates Denial of motion to dismiss counsel and motions this Court to appoint new counsel, and any other relief this Court finds meet and proper.

Respectfully Submitted
Eddie Joe Oglesby Jr.
Eddie Joe Oglesby Jr
Defendant / Pro Se

I EDDIE OGLESBY certify under the penalty of perjury 28 USC § 1746 that the following statement of facts is true and correct dated day of 4, month of October, year of 2022
Eddie Joe Oglesby Jr.
Eddie Joe Oglesby Jr.

Defendant mailed his prior objection within 14 days to the Clerk, it is assumed the objection was discarded or lost. Herein is the renewed objection.

Judge Antoon

Me and David Mengers have been not getting along. He is always yelling at me and calling me names. Last month he called me an idiot while he was on the phone with Mr. Hamilton. This past wednesday he yelled at me again, about wasting time and about me. I asked him, what if Mr. Hamilton ask me a question I don't know. He yelled at me again. And I told him I wish you stop yelling at me. And David saids, I wish you would stop pretending you don't understand, its son of a bitches like you, that act stupid, like you are really incompitent, when your not. That is why I told Dr. Krop and Dr. Rodriques that you are a fake. Dr. Krop was going to find you incompitent, until I told him that you were faking. And that if he did find you incompitent, judge Lammens would place you in a Mental Health federal prison for 5 years or more, so I got Dr. Krop to agree to find you compitent. And what did I tell you mr. Oglesby after that. I told you to plead out, that you may get just probation. But oh no, you wanted to waste my time some more and have me ask the judge for another eval. I am surprised he agreed to it, cause normally they don't allow you to be seen by more than 1 doctor in federal court. So when Dr. Rodriques contacted asking me to send her all of your evaluation from your previous state cases, I told her it was a waste of time, that you were faking it just to get out of being prosicuted for the crime you committed. And that if you were found incompitent, judge would put you in mental health federal prison for 5 years. Again I told you to plead out, and you said NO. Mr. Hamilton does not take someone to trial unless he can win. And I don't like wasting my time with trials unless I have a chance of winning. So we both got up and left.

I do remember Dr. Krop telling me on video, that him and David did discuss it, but he never told me what David Mengers had told him. And now I find out that also is the one that contacted Dr. Rodriguez. That's not legal sir, he can't do that. That explains how after 25 years of doctors finding me Incompitent to stand trial. At least 10 to 12 doctors to be exact, because Mild Retardation can't be fixed. My own government gives me SSDA - a disability check every month, the state of Florida gives me SSI every month. For almost 30 years I have been getting both checks. And they both have me listed as having Mild Retardation. And both state and government evaluate me every 3 to 5 years. Just to make sure nothing has change. You can have this all check out about my benefits.

You have to admit sir, it does not add up or make sense. I told judge Lammens I wanted a new lawyer, he denied me. Now I am asking you sir. Please give me a new lawyer, or give me Doug Stam back. At least he was nice to me and he didn't yell at me and call me names. I am also going to want another evaluation and a new bond hearing. And I would like it to be handle or in front of you and not Judge Lammens, if that is possible. I have a law suit pending #1 - because Agent Steven Burrows violated my rights. When he was reading me my rights. He ask me if I understood my rights, And I said, I have Mild Retardation, I don't understand - and before I could finish what I was saying. The Agent cut me off by saying this - Thats bunch of Crap, You know right from wrong. #2 either Mr. Hamilton or Agent Burrows put a Capitol Charge on my record, (Sex Trafficking of Child) and #3 false arrest or false imprisonment. I had someone call Morgan & Morgan, they said to call them back once the trial was over.

I am innocent Sir, and all I want to do is go home. I am not looking to get rich from the government. Speaking of my home, they are foreclosing on my house. I sent a motion for a stay from an inmate whos helping me with this letter. He believes I can win my house from the bank, since they illegally had me sign papers, without explaining what I was signing. I told them I have Mild Retardation and that I can't read or understand things very well, and ~~~~ instead of telling me or explaining it to me. They just simply pointed to where they wanted me to sign. And I am being told that is illegal. I have been in jail for over a year for a crime I did not commit. I have not been treated fairly by my own government. Please Judge Antoon, Give me a new lawyer, I was told if you deny me, I have a right to appoint my self as my lawyer. Yeah right, I don't even understand what a lawyer does. I don't even understand what you do, I just know you are called a judge.

Thank you for listening Judge Antoon
And GOD Bless You

I Eddie Joe Oglesby Jr. copy this letter from another inmate because I have Mild Retardation and can not read or spell words very well
Signed
Eddie Joe Oglesby Jr.

Filing # 156321774 E-Filed 08/29/2022 02:22:59 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, FLORIDA
CIVIL ACTION

U.S. BANK NATIONAL ASSOCIATION,
Plaintiff,

vs.

CASE NO.: 22-CA-1790
DIVISION:

EDDIE JOE OGLESBY, JR., et al,
Defendant(s).
_____

**SUMMONS**
<u>PERSONAL SERVICE ON A NATURAL PERSON</u>

MILITARY
YES____ NO____
MOBILE HOME
YES____ NO____
VIN#_____
CONTINUOUS MARRIAGE
YES____ NO____

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

    **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint and Notice of Lis Pendens in this lawsuit upon the below-named Defendant:

**EDDIE JOE OGLESBY, JR.**
16445 NE 142nd Ct
Fort Mccoy, FL 32134

**IMPORTANT**

    A lawsuit has been filed against you. You have (20) calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you, your written response, included the above case number and named parties, must be filed if you want the court to hear your case. If you do not file your response on time, a default will be entered against you, you may lose the case and the Court will grant the relief that Plaintiff has demanded in the Complaint. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).
If you choose to file a written response yourself, at the same you file your written response to the Court you must also mail or take a carbon copy of photocopy of your written response to the

PLAINTIFF/PLAINTIFF'S ATTORNEY:
Albertelli Law
**servealaw@albertellilaw.com**
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
(813) 221-4743

DATED on _____AUGUST 29_____ 2022
GREGORY C. HARRELL Clerk of Circuit Court

By:_____R. Buell_____
Deputy Clerk

- 22-007445
*See Attachment for Spanish and French translation
*See Attachment for Americans with Disabilities Act
PROVEST, INC.

EMAIL ISSUED SUMMONS TO: SERVEALAW@ALBERTELLILAW.COM



Electronically Filed Marion Case # 22CA001790AX 08/29/2022 11:58:46 AM
Marion Cou