UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                              Case No. 5:21-cr-76-JA-PRL

EDDIE JOE OGLESBY, JR.

_____

## VERDICT

### Count One of the Superseding Indictment

1. As to the offense of receiving child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1), as charged in Count One of the Superseding Indictment,

We, the Jury, find the Defendant, EDDIE JOE OGLESBY, JR.:

Guilty __X__          Not Guilty _____

### Count Two of the Superseding Indictment

2. As to the offense of producing or attempting to produce child pornography, in violation of 18 U.S.C. § 2251(a) and (e), as charged in Count Two of the Superseding Indictment,

We, the Jury, find the Defendant, EDDIE JOE OGLESBY, JR.:

Guilty __X__          Not Guilty _____

Note: If you answered "Not Guilty" to Question 2, please skip Question 3 and proceed to Question 4. If you answered "Guilty" to Question 2, please proceed to Question 3.

3. We, the Jury, having found the Defendant, **EDDIE JOE OGLESBY, JR.**, guilty of the offense charged in Count Two, further find as to Count Two that he committed the following actions: (mark with an "X" all appropriate lines):

Produced child pornography      __X__

Attempted to produce child pornography __X__

## Count Three of the Indictment

4. As to the offense of producing or attempting to produce child pornography, in violation of 18 U.S.C. § 2251(a) and (e), as charged in Count Three of the Superseding Indictment,

We, the Jury, find the Defendant, **EDDIE JOE OGLESBY, JR.**:

Guilty __X__         Not Guilty _____

<u>Note</u>: If you answered "Not Guilty" to Question 4, please <u>stop</u> and have your foreperson sign and date the last page of this verdict form without answering Question 5. If you answered "Guilty" to Question 4, please proceed to Question 5.

5. We, the Jury, having found the Defendant, **EDDIE JOE OGLESBY, JR.**, guilty of the offense charged in Count Three, further find as to Count Three that he committed the following actions: (mark with an "X" all appropriate lines):

Produced child pornography     __X__

Attempted to produce child pornography __X__

SO SAY WE ALL, this 14th day of October, 2022.



FOREPERSON

3