UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 5:21-cr-76-JA-PRL

EDDIE JOE OGLESBY, JR.

### GOVERNMENT'S NOTICE RE: IMAGE QUANTITY

The United States, in compliance with this Court's notice regarding information to be provided before sentencing (Doc. 127) hereby notifies the Court as follows:

### NOTICE

The notice provided to counsel for the United States on October 18, 2022 directed counsel to update the Court prior to sentencing with the total amount of images possessed or distributed by the defendant which (a) involve prepubescent minors under the age of 12 as defined by U.S.S.G. § 2G2.2(b)(1), or which (b) portray sadistic or masochistic conduct as defined by U.S.S.G. § 2G2.2(b)(4).

Having conferred with investigators on the above matter, the United States hereby provides notice to the Court and defense counsel that the defendant did not possess or distribute images or video files of child pornography which involved a prepubescent minor or minor under the age of 12, or which portray sadistic or masochistic conduct.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   *s/ William S. Hamilton*
      WILLIAM S. HAMILTON
      Assistant United States Attorney
      Florida Bar No. 95045
      35 SE. 1st Ave., Suite 300
      Ocala, Florida   34471
      Telephone:    (352) 547-3600
      Facsimile:    (352) 547-3623
      E-mail: william.s.hamilton@usdoj.gov

**U.S. v. Eddie Joe Oglesby, Jr.**          **Case No. 5:21-cr-76-JA-PRL**

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David G. Mengers, Esq.

*s/ William S. Hamilton*
WILLIAM S. HAMILTON
Assistant United States Attorney
Florida Bar No. 95045
35 SE. 1st Ave., Suite 300
Ocala, Florida   34471
Telephone:    (352) 547-3600
Facsimile:    (352) 547-3623
E-mail: william.s.hamilton@usdoj.gov