UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, ☐
    Government ☒

v.

EDDIE JOE OGLESBY, JR.
   a/k/a "Gabriel Ethan Collins"
   a/k/a "Shadow"

    Defendant ☐

Case No.   5:21-cr-76-JA-PRL

☒ Evidentiary
☐ Trial
☐ Other

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Chatlog – E.B. #1 |
| 2 | | | | Chatlog – E.B. #2 |
| 3 | | | | Chatlog – E.B. #3 |
| 4 | | | | Chatlog – J.L. #1 |