U.S. District Court
Middle District of Florida
Ocala Division

COURT EXHIBIT

Exhibit No.: 1
Case No.: 5:21cr76
UNITED STATES OF AMERICA
vs.
Eddie Joe Oglesby Jr.
Date Identified: 2/16/23
Date Admitted: 2/16/23

#1

John Antoon

[...] and why they are recommending 80 years in p[...] [to]ld me that you were going to give me 30 years. [...] [w]rong was trust a young man online by the na[me...] that used a voice changer to make his vo[ice...] [s]o he could get away with his schemes to ge[t...] [...]ty things, so he can sell them. The kid told me [...] was a secret agent with a 220 IQ, how was I to know he was a lying sex trafficker. I am not a smart man, I collect disability benefits from the government for almost 30 years. Because the doctors say I have Mild Retardation, a mind of a 14 year old boy, and an IQ below 60. I am not a violent man or a danger to society, if I was, the state when they found me incompitent on several cases in the past. Would have sent me to a mental hospital, instead of sending me home. The government doctors that evaluate me every 5 to 10 years. Say that you are born with retardation, and that it can't be fixed. That is why I get state-SSI and government-SSDA, cause I will be like this for the rest of my life. I can't hardly read or understand things, I can only add and subtract. The last girl I had sex with was at age 30. I have been living alone for over 20 years, because people scare me and I don't trust them. All they do is use me, or try to hurt me. I am a loner, I am happy that way. Look at my criminal record, it speaks for it self. I got in trouble because of my brothers and people I thought were my friends. And now look at what has happen, all because I trusted this guy online, now they want to put me in prison for the rest of my life. I am innocent sir, I was set up. But I do understand what guilty means. And I know that you are a judge, and even though I dont understand what all you do. I do know you have to sentence me.



the Jail
~~the jail~~

My Complaints
 I was not properly evaluate, Dr. Krop never came to do the eval, we only talked about case. And the evals from Dr. Poetter and DCF from 2009.
 Dr. Rodriquez only gave me papers to fill out, they had True or False questions. I told her I cant read it. she accused me of lying and told me to just mark True or False on each one. So I did, next she gave me some words on paper, I had to choose A or B for which word meant the same as the other word. I told her I cant even read or pronouce most of these words, again she accused me of lying and told me to just pick A or B, so I did.
 So Judge Antoon, I am asking you a favor. Since everyone seems to think I am very Intelligent. Can you please postpone sentencing me. Send me to Butner, N.C. Have them fully evaluate me for everything for my I Q, for a sex offender and for violence. Have 2 doctors, even 3 if you want. I they say that I am faking or that I am compitent. Then give me the 80 years. But if they say I am Incompitent, I am not a sex offender or I am not violent or a danger to Society. Then I ask you to send me home or with probation or whatever the doctors recommend.
 look at my record sir, all my previous cases on the pre-sentencing report. look how I was found incompitent in half a dozen cases! Each case, there was at least 2 doctors in every case. if you dont believe me, ask to see the evaluations from those cases.



## My Sentence

I would like to ask for life time probation. I will wear a monitor if you want. The only time I leave home, is for doctors appointments and grocery shopping. And I promise to never use social media again, but I do need to use a laptop, so I can pay my bills. I use online banking, to get to my bank account. So I can use the bill pay. I will also like to use my Playstation. The late Dr. Corwin got me into video game, it helps with my depression and my nerves, so I dont eat my nails. But if you must send me to prison, then I please ask you to just give me the minimum 15 years, and please run it concurrent with all 3 charges. Please do not send me to a normal sex offender facility. I was abused by Eddie Oglesby Sr., many times as a teen. Sexually molested and rape by 2 men, once at age 11, and once at age 15. No, I am not gay or bi! I was told I qualify for Senior camp, cause I am 53, and Mental Health, cause of my retardation. I would like to go to a Mental Health facility, if they have a mental health for seniors, then that is even better for me. I was told your best facility for mental is in Butner, North Carolina. And can you ask that I get my own cell, I dont want to be beatin or raped ever again. Can I please get my fines, court cost and restitution, and any probation fees all waved. I only get $825.00 a month in benefits. There is no way I can pay any of it. And thanks for being nice to me at trial, I was really scared and I didnt really get what was going on. This letter was written by another inmate, then he read it back to me. Cause I can't read or spell very well, then I Eddie Joe Oglesby Jr. copied the letter. Sign by: Eddie Joe Oglesby Jr. Butner, N.C. is a nice facility and there will be doctors there I can speak to when I need help. Thank you for reading my letter and God bless you sir

Over →

if I had known that I could have had a trial without a jury, with just a Judge. I would have chosen you instead. That option was not told or given to me. But if I get my appeal, I will choose a Judge only next time.

I have written to the Innocent Project of Florida, and to the President of the United States, asking for a Pardon. I swear to God and my soul, I am innocent Sir.

if you do sentence me anyway, please send me to Butner, North Carolina to do my time. And Court order me to be evaluated by at least 2 doctors while I am there.

Thank you and God bless

I would like to point out one more thing sir. Gabriel laughed and bragged about how stupid these girls were. He stated to me, that these teenage girls were already doing sex acts on video cam with guys in there late teens or early 20s. But the girls saw there faces on video and knew who these boys were. But when Gabriel refused to show his face, the girls refused to do that for him. So he black mailed by showing them videos of sex acts they did with others boy, and threaten to show it to there parents. My question to you sir, is how can they be victims, if they were already exposing themselves to other guys online. I got beatin up and had a gun put to my head. He used my internet and threaten me. He killed 2 of my dogs. Am I not the real victim here. How can I prove my Innocent if I have been treated unfairly. Thanks for listening sir.