#1

Judge John Antoon      Feb. 19, 2023

I wrote you a letter last time, I bet you didn't read it. My parents have not spoken to me since 1995, as my so call father stated at trial. Thats over 25 years, so tell me sir. How would they know what I can do with computers. They told that same lie in front of another Judge in 2009, and Judge Stancil over turned my 1 year sentence because of it, and had me fully evaluated, including using computers. I was found Incompitent twice, Its on my record, look it up, read the eval reports your self, Dr. Poetter and from DCF.

Dr. Krop filed a false eval report to you, and I can prove it, He never came to the Jail to do the evaluation. The Jail has both video calls, the first video call was done on Dec. 22nd, 2021. its on video where he states, because of the Covid, I will not be able to come to the Jail and do an evaluation on you, but since you have Mild Retardation, I will just use Dr. Poetter and the other doctor from DCF evals from 2009 and get you in front of the Judge right after New Years, and have you sent home. If you don't believe me, have the Jail get the video calls for you, its all there. Then in late February he stated on video. I am sorry Mr. Oglesby, but I found out that the government is different from the state, they wont let you go home, they will send you to a Mental Health Facility. And since you have Mild Retardation and it cant be fixed, they may never let you out. So I want you to take it to trial, cause I know you didnt do this, and theres no way a Jury will find you guilty. Again, its all on video sir. This alone will get my conviction over turned. I dont understand all this legal law stuff, but yet you accuse me of lying. If you doubt me, then prove it. Give me what I want, send me to Butner,
OVER→

North Carolina. Have me evaled for everything, IQ, Sex, Violence and Computers. But make sure they dont send me to Miami, that is where Dr. Rodriquez is. And I wont be treated fairly there, not after the report she gave. I was told that Butner, N.C. is the only other Mental Health facility in the Southeast. So unless you know a better one, that is where I request to go. I dont think you understand how Mild Retardation works, it cant be fixed, its for life. Look it up online sir, see for your self. Read the evals from my previous cases, there are at least 12 of them. Plus the doctors that I see every 3 to 5 years, for my government benefits. Maybe you think I am intelligent, because of the way I talk. Let me clear that up for you sir. I Am only repeatings things that have been told to me. It does not mean I understand or know what I am talking about. Maybe that is why you doubt or dont believe me. I am not lying sir, I do get scared and confused very easily. Why do you think I lived alone in that house for over 20 years. I dont trust no one, all they do is use me and hurt me. I just want this nightmare to go away. I didnt do it, and these girls are making me look like a monster. And might I remind you, that I was convicted on here say, not proof. Girls claiming my voice sounds like Gabriels is here say, not proof. Gabriel used a voice changer, I didnt know he was using my voice. All I want is my life back. I dont think I should be punished for trusting someone I thought was my friend. These girls are victims, but so am I. Please postpone my sentence.

#3

March 16, 2023

Since I know your not going to delay sentencing, I think 30 years run concurrent is a better reality. And because of my benefits, I ask that you wave all court cost, fines, and restitution and supervision fees. And of course, like I said before, Please allow me to do my time in Butner, North Carolina, where the Mental Health facility is, so I can talk to a psych doctor when I need to. I know you think I am guilty and that I am a monster. But your wrong, I got taken advantage of and attacked by a monster. Its too bad you cant see that. I still think you are a nice Judge. In less than a year I will win my appeal, and in less than 2 years, I will be going home. And then I going to sue for millions, and they will pay me. So you go ahead and give me 80, it will get over turned cause I am innocent and GOD is on my side. I will not say I am sorry or apologize for a crime I did not do.

Thank you for your time and GOD bless you

I feel that my lawyer is ineffective and I need a new lawyer 4 Appeal

I want to file 3 motions, A downward departure, an appeal and a new lawyer for my appeal. I am not happy with my present lawyer. I would like Doug Stam if possible, if not then just give me a new lawyer. I am requesting that David Mengers remove him self as my lawyer. On the grounds that we disagree on many things and we dont get along. And I believe that the lack of counceling in my case and at my trial is the reason I lost. I want a new lawyer for my appeal period, is my right. Thank you   OVER→

#4

I have repeatedly asked you to have me fully evaluated and you have ignored me. You know as well as I do, both Dr. Krop and Dr. Rodriguez eval report are false and in complete. Nothing on either report, where they tested me for violence, sex, computers or I Q. Which they were suppose to do. Not only that, I have an I Q below 60, my record alone proves that. And I do believe that you have to have an I Q above 70, before you can take them to trial. And there are at least 12 doctors from previous cases, as well as all the doctors that evaled me so I can continued to get my government benefits. I am going to reach out to every news paper and TV station in this country. Incuding the Senators, the governor and The President. That not only did you illegally take me to trial and convict me. You convicted an innocent me. Plus you denied me my right to a new lawyer 3 times, before trial. Will you deny me a 4th time? I want a new lawyer for my Appeal and I want a Downward Departure as well. I am not a smart man, I have Mild Retardation. And if you understood how Mild Retardation works, than you would know that there is no way I could have commited this crime. For the last time, I am going to ask you to post-pone my sentencing. And do your job and send me to Butner, N.C., and have me properly evaluated. For every thing, I Q, sex, violence and computers. Your the one that is accusing me of lying and telling me I understand, when I really dont understand. I cant hardly read or spell very well. How do you think I am writing this letter, because I am copying it. These are not my words, they are another inmates words. They are smarter than me, and they are trying to help me. Thank You and GOD bless you

Or you can continue to ignore me, and give me life for a crime I didnt commit. But I will not let David Mengers be my Appeal lawyer. I have a right to a new lawyer. And I would like to do my time in Butner, N.C., and dont tell me you have no control over where they send me. Your a Judge, if you court order it, it will be done. I am not trying to be mean or disrespectful to you. But listening to my so called parents who have not spoken to me in 30 years, Or never even saw me use a computer, and plus I was court order to stay away from. Because they lie and try and get me into trouble. And if you took the time to look over Judge Stancils case in 2009, you would see I am telling you the truth. I may not be a smart man or understand the law. I only Know what I have been told, seen and heard over the years. If my God father was alive, none of this would never have happen, Robert D. AsKren was well respected here. He is gone, and I left to defend for my self. You tell me not to listen to inmates like Justin Lewis. Why, because there smart and understand the law? Well I dont understand and they do. And I need there help to write letters to you. And to make sure I am being treated fairly, which I have not. I cant defend for myself, I am not a smart man. Why do you think I am in your court room, because I fooled by a man who claim to be a secret agent. And no one was there to tell me he was a bad man. And now you want to put me away for a crime he commited. You tell me how that is Justice, or right and fair. And if I Know any thing, I Know that I am not a liar sir, I am just misunderstood. ThanK you, God Bless