# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO. 5:21-cr-76-JA-PRL

EDDIE JOE OGLESBY, JR.

## ORDER

The Defendant, Eddie Joe Oglesby, Jr., filed a Motion for Miscellaneous Relief, specifically inquiry regarding status of transport (Doc. No. 195) on June 26, 2023. The Defendant has been transported to the Federal Correctional Complex (FCC) in Coleman, Florida.

Therefore, it is **ORDERED** and **ADJUDGED** that Defendant's Motion for Miscellaneous Relief, specifically inquiry regarding status of transport (Doc. No. 195) is **DENIED** as moot.

**DONE** and **ORDERED** on February 2, 2024.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
Counsel of Record
Eddie Oglesby, Jr.